[No. 33424-7-I.   Division One.   September 18, 1995.]

AARD PEST CONTROL, INC., ET AL., *Appellants*, v.
DANIELS ROOFING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-17215-5, Nancy A. Holman, J., entered

August 27, 1993. *Reversed* by unpublished per curiam opinion.